Donald Lawrence Ritchie
Name

Prison Number
175548
Place of Confinement
Anchorage Correctional Complex West
1300 East 4th Ave. Anchorage Alaska 99501
Address

Telephone

RECEIVED
AUG 28 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No. 3:24-CR-00088-VMK-MMS |
| vs. | |
| Donald Lawrence Ritchie, Defendant(s). | MOTION to/for Application for a writ of Habeas Corpus |

I, Donald Lawrence Ritchie, a self-represented prisoner, move to/for an Application for a writ of Habeas Corpus

under the following statute(s)/rule(s) (if known) 28 U.S.C. 2255

for the following reason(s): Ineffective assitance of Counsel

on multiple issues, to include Docket #s 159, 165, and 182 addressing this court for severance on 3 (three)

separate occasions, in which this court never asked or showed an inclination to resolve applicant's many varied legitimate concerns, not with one question or one iota of concern.

(1) note: counsel Ben Anderson does not answer calls, and cannot be relied on to timely file this application

(2) note: He needs to be dismissed as applicants attorney in all future matters, including this one, and also my notice of appeal filed this same day!

Declaration Under Penalty of Perjury

I, Donald Lawrence Ritchie, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 25 August 2026, at 5:30 PM.

Donald L Ritchie
Signature

Certificate of Service

I certify that, on 25 August 2026 a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on United States of America
(Opposing Party or Counsel)

at 222 West 7th Ave, #4.
(Address)

Anchorage Alaska 99513-7564

Signature

Donald Ritchie 175548
Anchorage correctional complex west
1300 East 4th AVE
Anchorage, Alaska 99501

ALASKAN FRONTIER
995-4397
26 AUG 2026 PM 1 L

"Legal mail"

THIS LETTER WAS WRITTEN BY AN INMATE AT AN ALASKA JAIL PLEASE DO NOT SEND CASH IN THE MAIL

Federal Bldg. & U.S. courthouse
ATTN: Clerk of the Court
#4
222 West 7th AVE.
Anchorage, Alaska 99513-7564

LEGAL & CONFIDENTIAL



99513387504 C095